In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00001-CV


______________________________



 


IN RE: ESTATE OF MIKE MILLER, DECEASED





 


On Appeal from the County Court at Law


Rusk County, Texas


Trial Court No. 08-004-P




 




Before Morriss, C.J., Carter and Cornelius,* JJ.


Memorandum Opinion by Justice Carter



________________________

*William J. Cornelius, Chief Justice, Retired, Sitting by Assignment

MEMORANDUM OPINION



 Appellant, James Miller, has filed with this Court a motion to dismiss the pending appeal in
this matter. He represents to this Court that the parties have reached a full and final settlement. In
such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

 We grant the motion and dismiss this appeal.



 Jack Carter

 Justice


Date Submitted: June 9, 2009

Date Decided: June 10, 2009